FILED
2013 Dec-05 PM 01:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **HAFFORD HESTER,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Civil Action No. CV-13-S-1873-NE |
| **GC SERVICES, LP,** | ) |
| **Defendant.** | ) |

## FINAL JUDGMENT

This action is before the court on the "Notice of Acceptance of Offer of Judgment" filed by plaintiff, Hafford Hester.[1]  Accordingly, and pursuant to Federal Rule of Civil Procedure 68, it is CONSIDERED, ORDERED, and ADJUDGED that plaintiff, Hafford Hester, have and recover from defendant, GC Services, LP, the sum or amount of Three Thousand Three Hundred Dollars and No Cents ($3,300.00), such amount being inclusive of all attorneys' fees and costs now accrued.  The clerk is directed to close this file.

DONE this 5th day of December, 2013.

_____
United States District Judge

---

[1] Doc. no. 9.