FILED
 2014 Jan-09  PM 12:18
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| HAFFORD HESTER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:13-cv-01873-CLS |
| GC SERVICES, LP, | ) |
| Defendant. | ) |

### SATISCATION OF JUDGMENT

**PLEASE TAKE NOTICE** that Defendant, GC SERVICES, LP, has satisfied the judgment entered by this Honorable Court on December 5, 2013 [Doc. 10].

RESPECTFULLY SUBMITTED,

January 9, 2014       By:_/s/  M. Brandon Walker
                     **M. Brandon Walker**
                     Walker McMullan, Attorneys
                     242 West Valley Avenue, Suite 312
                     Birmingham, AL 35209
                     Tel: 205-417-2541
                     E-mail: brandon@walkermcmullan.com
                     Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

  On January 9, 2014, I electronically filed Plaintiff's Satisfaction of Judgment with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of this filed document to Defendant's counsel, L. Jackson Young, Jr., at jmf@ffdlaw.com

          By: /s/ M. Brandon Walker
            **M. Brandon Walker**